VAN BRUNT, P. J., O'BRIEN, INGRAHAM and HATCH, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements to each respondent on the appeal.

---

DOMENICO MARANDO, Administrator, etc., of ANTONIO CANTANZARITE, Deceased, Appellant, v. T. A. GILLESPIE COMPANY, Respondent.

*Preference on the calendar — that the plaintiff is named as an administrator in the title is not sufficient.*

The right to a preference upon the calendar will not be inferred from the simple fact that the title of the action indicates that the plaintiff is an administrator.

APPEAL by the plaintiff, Domenico Marando, administrator, etc., of Antonio Cantanzarite, deceased, from an order of the Supreme Court, made at the New York Trial Term and entered in the office of the clerk of the county of New York on the 23d day of May, 1900, denying the plaintiff's motion for a preference on the calendar.

*Thomas J. O'Neill*, for the appellant.

*Wilbur L. Ball*, for the respondent.

PER CURIAM:

The order appealed from must be affirmed. The record before us does not contain the pleadings in the action, nor is there anything in it from which we are able to determine that the plaintiff is entitled to the preference claimed. Such right cannot be inferred solely from the title of the action. (*Roberts* v. *Jenkins*, 52 App. Div. 491.)

The order must be affirmed, with ten dollars costs and disbursements.

Present — VAN BRUNT, P. J., RUMSEY, PATTERSON, O'BRIEN and McLAUGHLIN, JJ.

Order affirmed, with ten dollars costs and disbursements.